# EXHIBIT A

E-FILED IN OFFICE - KB
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-09712-7**
11/7/2023 4:05 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| **MICHELLE M. HENDLEY,** : | |
| : | **CIVIL ACTION** |
| Plaintiff, : | |
| : | FILE NO.: 23-A-09712-7 |
| v. : | |
| : | |
| **CENTENE CORPORATION; CENTENE** : | |
| **MANAGEMENT COMPANY LLC;** and | |
| **AMBETTER OF PEACH STATE, INC.,** : | |
| : | |
| Defendants. : | |

## SUMMONS

TO:   AMBETTER OF PEACH STATE, INC.
C/O C T CORPORATION SYSTEM, AS REGISTERED AGENT
289 S. CULVER STREET
LAWRENCEVILLE, GA 30046

You are hereby summoned and required to file with the Clerk of said Court and serve upon Jody D. Peterman, Plaintiff's attorney, whose address is Jody D. Peterman, LLC, P.O. Box 6010, Valdosta, GA  31603-6010, an answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This the 8th day of November, 2023.

_____
DEP. CLERK OF COURT

E-FILED IN OFFICE - KB
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
23-A-09712-7
11/7/2023 4:05 PM
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| MICHELLE M. HENDLEY, | : | |
| | | CIVIL ACTION |
| Plaintiff, | : | |
| | | 23-A-09712-7 |
| | | FILE NO.: _____ |
| v. | : | |
| | | |
| CENTENE CORPORATION; CENTENE | : | |
| MANAGEMENT COMPANY LLC; and | | |
| AMBETTER OF PEACH STATE, INC., | : | |
| | | |
| Defendants. | : | |

## COMPLAINT

COMES NOW Michelle M. Hendley, Plaintiff in the above-styled action, and files this Complaint against Defendants Centene Corporation; Centene Management Company LLC; and Ambetter of Peach State, Inc., showing the Court as follows:

### COUNT I: PARTIES

1.

The Plaintiff is a resident of Clinch County, Georgia.

2.

Defendant Centene Corporation ("Defendant Centene Corporation") is a Delaware corporation with its principal place of business at 7700 Forsyth Boulevard, St. Louis, Missouri 63105 and is authorized to and does transact business within the State of Georgia. Defendant Centene Corporation, a holding company, itself having no employees, which is the corporate pinnacle of a set of wholly-owned subsidiaries who, collectively, constitute one of, and hold themselves out to the public as one of, the nation's largest insurers providing coverage through

*Michelle M. Hendley v. Centene Corporation; Centene Management Company LLC; and Ambetter of Peach State, Inc*
In the Superior Court of Gwinnett County
State of Georgia
Complaint
Page 1 of 7

the ACA and which has steadily been expanding its operations around the country. is offered by the "Centene" entity across the nation. Defendant Centene Corporation service of process may be perfected upon Defendant by serving its registered agent, C T Corporation System, 289 S. Culver Street, Lawrenceville, GA 30046.

3.

Defendant Centene Management Company, LLC is a Wisconsin corporation with its principal place of business at 7700 Forsyth Boulevard, St. Louis, Missouri 63105 and is authorized to and does transact business within the State of Georgia. Defendant Centene Management Company LLC is a wholly owned subsidiary of Defendant Centene Corporation, a holding company, itself having no employees, which is the corporate pinnacle of a set of wholly-owned subsidiaries who, collectively, constitute one of, and hold themselves out to the public as one of, the nation's largest insurers providing coverage through the ACA and which has steadily been expanding its operations around the country. Defendant Centene Management Company LLC, is corporate entity through which Defendant Centene Corporation effectuates the common policies and practices and conduct of its subsidiaries and through which insurance is offered by the "Centene" entity across the nation. As here relevant, Defendant Centene Corporation and Defendant Centene Management Company LLC, effectuates, controls and handles the operations of Defendant Ambetter of Peach State, Inc., so that Defendant Ambetter of Peach State, Inc., is a shell and alter ego of Defendant Centene Corporation and Defendant Centene Management Company LLC and Defendant Ambetter of Peach State, Inc., operate so in concert and together in a common enterprise and through related activities so that the actions of one may be imputed to the other and/or so that their corporate formality should be disregarded for purposes of

*Michelle M. Hendley v. Centene Corporation; Centene Management Company LLC; and Ambetter of Peach State, Inc*
In the Superior Court of Gwinnett County
State of Georgia
Complaint
Page 2 of 7

attributing their unlawful conduct to "Centene". To all intents and purposes, the activities of Defendant Ambetter of Peach State, Inc., have been abdicated to "Centene" and the nature by which "Centene" is the entity which entirely controls the activities of Defendant Centene Management Company LLC and Defendant Ambetter of Peach State, Inc. Defendant Centene Management Company LLC service of process may be perfected upon Defendant by serving its registered agent, C T Corporation System, 289 S. Culver Street, Lawrenceville, GA 30046.

4.

Defendant Ambetter of Peach State, Inc., is a domestic insurance Georgia company with its principal place of business at 1100 Circle 75 Parkway, Atlanta, Georgia 30339. Defendant Ambetter of Peach State, Inc., is licensed to sell health insurance in the State of Georgia. Defendant Ambetter of Peach State, Inc., is a wholly-owned subsidiary of Defendant Centene Corporation and operates as the "Centene" presence in the State of Georgia, including offering Ambetter insurance product. Defendant Ambetter of Peach State, Inc., service of process may be perfected upon Defendant by serving its registered agent, C T Corporation System, 289 S. Culver Street, Lawrenceville, GA 30046.

5.

As used hereinafter "Defendant Centene" shall refer to the joint and several activities of Defendant Centene Corporation, Defendant Centene Management Company LLC, and Defendant Ambetter of Peach State, Inc.

### COUNT II: JURISDICTION AND VENUE

6.

Jurisdiction and venue are proper in this Court.

*Michelle M. Hendley v. Centene Corporation; Centene Management Company LLC; and Ambetter of Peach State, Inc*
In the Superior Court of Gwinnett County
State of Georgia
Complaint
Page 3 of 7

## COUNT III: FACTUAL ALLEGATIONS

7.

Jointly and severally Defendants are members of a RICO enterprise that defrauds primarily low-income consumers, in part by taking advantage of enterprise members' status as Medicaid managed-care organizations.

8.

Ambetter plans don't comply with the ACA's requirements.

9.

Ambetter plan documents misrepresent the benefits that members will receive.

10.

Defendants have been defrauding consumers since 2013.

11.

Defendants engaged in racketeering by violating the criminal federal mail- and wire fraud statutes millions of times incident to their scheme to defraud.

12.

The Ambetter Enterprise's scheme to defraud could not have been executed without Defendant Centene Corporation and its subsidiaries using their separate legal incorporation to facilitate racketeering activity.

13.

Defendant Centene Corporation and Defendant Centene Management Company LLC obtain their subsidiaries by acquiring companies that previously offered legitimate health insurance services and then use the subsidiaries to further the Ambetter Enterprise.

*Michelle M. Hendley v. Centene Corporation; Centene Management Company LLC; and Ambetter of Peach State, Inc*
In the Superior Court of Gwinnett County
State of Georgia
Complaint
Page 4 of 7

14.

The Ambetter Enterprise defrauded not only consumers, but also the federal government.

15.

Plaintiff was a recipient of Ambetter of Peach State Insurance.

16.

Plaintiff's cardiologist's prior authorization for a medically necessary heart procedure was denied by the Defendants which ultimately led to the Plaintiff having a heart attack on November 8, 2021.

17.

If the Defendants had approved the prior authorization for the medically necessary heart procedure at the time it was requested by her cardiologist, the procedure could have been done and the Plaintiff would not have had the heart attack.

18.

The Defendants negligently denied the Plaintiff the appropriate medically necessary heart procedure. The proximate cause of Plaintiff's injuries related to her heart attack is the negligence of the Defendants.

## COUNT IV: CLAIMS FOR RELIEF

19.

Plaintiff repeats and incorporates by reference all preceding paragraphs and allegations.

*Michelle M. Hendley v. Centene Corporation; Centene Management Company LLC; and Ambetter of Peach State, Inc*
In the Superior Court of Gwinnett County
State of Georgia
Complaint
Page 5 of 7

20.

Violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c).

21.

Unjust Enrichment.

22.

Violations of Georgia's Fair Business Practices Act. O.C.G.A. § 10-1-390. Simply in denying Plaintiff a certain medically necessary heart procedure the Defendants committed a volitional act constituting an unfair or deceptive act or practice conjoined with culpable knowledge of nature. The Defendants knew that Plaintiff needed the procedure but denied the procedure because of the cost of the procedure.

## COUNT V: PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully request that this court enter an Order:

a. That service of process issue in accordance with the law;

b. That Plaintiff have a jury trial on all issues set forth herein;

c. Declaring that Defendants' actions, as set out above, violate RICO, 18 U.S.C. § 1962(c);

d. Awarding treble damages based on the overcharges incurred by Plaintiff as a result of Defendants' pattern of racketeering activity and scheme to defraud, 18 U.S.C. § 1964(c);

e. Declaring that Defendants' actions, as set out above, violate the Georgia Uniform Deceptive Trade Practices Act;

f. Awarding any and all damages incurred by the Plaintiff;

g. Awarding Plaintiff her reasonable litigation expenses and attorneys' fees; and

h. Awarding such other and further relief as equity and justice may require.

*Michelle M. Hendley v. Centene Corporation; Centene Management Company LLC; and Ambetter of Peach State, Inc*
In the Superior Court of Gwinnett County
State of Georgia
Complaint
Page 6 of 7

This the 7th day of November 2023

                                                        **JODY D. PETERMAN, LLC**

                                                        */s/ Jody D. Peterman*
                                                    **JODY D. PETERMAN**
                                                    Attorney for Plaintiff
                                                    Georgia Bar No.: 573552

P.O. Box 6010
Valdosta, GA  31603-6010
Phone (229) 247-0386
Fax (229) 469-6735
Email:  petermanlawoffice@yahoo.com

*Michelle M. Hendley v. Centene Corporation; Centene Management Company LLC; and Ambetter of Peach State, Inc*
In the Superior Court of Gwinnett County
State of Georgia
Complaint
Page 7 of 7